Present—Smith, J.P., Centra, Fahey, Gorski and Martoche, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SHAWN E. AKIN, Appellant. [919 NYS2d 458]— Present—Scudder, P.J., Smith, Fahey, Lindley and Green, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SERGIO PONDER, Appellant. [919 NYS2d 458]— Present—Scudder, P.J., Peradotto, Carni and Gorski, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v THOMAS B. SIMCOE, Appellant. [919 NYS2d 458]— Present—Smith, J.P., Fahey, Lindley, Sconiers and Green, JJ.

ARLENE S. GARLAND, as Executrix of RICHARD T. SHANOR, Deceased, and GENELLE M. SHANOR, Deceased, Appellant-Respondent, v RLI INSURANCE COMPANY, Respondent-Appellant, et al., Defendant. [919 NYS2d 458]— Present—Scudder, P.J., Centra, Peradotto and Sconiers, JJ.

In the Matter of COUNTY OF NIAGARA, Respondent, v RICHARD F. DAINES, Commissioner, New York State Department of Health, et al., Respondents-Appellants. [919 NYS2d 457]— Present—Smith, J.P., Centra, Fahey and Peradotto, JJ.

DONNA PRINCE LYNCH, Individually and as Parent and Natural Guardian of PHILIP LAWRENCE LYNCH, an Infant, and as Administratrix of the Estate of TIMOTHY JOHN LYNCH, Deceased, Respondent-Appellant, v MIKE WATERS, as Fire Control Coordinator of County of Onondaga, et al., Appellants-Respondents/Third-Party Plaintiffs-Appellants. THE POMPEY HILL FIRE DISTRICT et al., Third-Party Defendants-Respondents, et al., Third-Party Defendant. (Appeal No. 2.) [922 NYS2d 884]—

